# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **MELISSA CONRAD,** | : | |
| | : | Case No. 2:21-CV-1856 |
| Plaintiff. | : | |
| | : | Judge Sarah D. Morrison |
| v. | : | |
| | : | Magistrate Judge Kimberly A. Jolson |
| **WALLICK PROPERTIES MIDWEST,** | : | |
| **LLC,** | : | |
| | : | |
| Defendant. | : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Melissa Conrad and Defendant Wallick

Properties Midwest, LLC, by and through their respective counsel, hereby stipulate and agree to

dismiss this action with prejudice, with each party to bear his or its own fees and costs.

Respectfully submitted,

COFFMAN LEGAL, LLC

/s/ Matthew J.P. Coffman
Matthew J.P. Coffman (0085586)
Adam C. Gedling (0085256)
Kelsie N. Hendren (100041)
1550 Old Henderson Road
Suite 126
Columbus, Ohio  43220
Phone: 614-949-1181
Fax: 614-386-9964
Email: mcoffman@mcoffmanlegal.com
       agedling@mcoffmanlegal.com
       khendren@mcoffmanlegal.com
*Attorneys for Plaintiff*

ROSENBERG & BALL CO., LPA

By: /s/ David T. Ball
David T. Ball (0078885)
205 South Prospect Street
Granville, Ohio 43023
740.644.1027 phone
866.498.0811 fax
dball@rosenbergball.com
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I certify that on July 14, 2021, a copy of the foregoing was electronically filed with the

Clerk of the Court using the CM/ECF system, which will send notification of such filing to all

parties.

/s/ David T. Ball